UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    **Plaintiff,**<br><br>v.<br><br><br>**OFER ABARBANEL, VICTOR CHILELLI, INCOME COLLECTING 1-3 MONTHS T-BILLS MUTUAL FUND,**<br><br>                                    **Defendants.**<br><br>**INSTITUTIONAL SYNDICATION LLC, NORTH AMERICAN LIQUIDITY RESOURCES LLC, INSTITUTIONAL SECURED CREDIT LLC, GROWTH INCOME HOLDINGS LLC, CLO MARKET NEUTRAL LLC, GLOBAL EMEA HOLDINGS LLC,**<br><br>                                    **Relief Defendants.** | Civil Action No. 21-CV-5429-RA<br><br>ECF CASE |

**CONSENT ORDER MAINTAINING ASSET FREEZE, CONTINUING HEARING DATE, AND EXTENDING OTHER DEADLINES**

On June 18, 2021, the United States Securities and Exchange Commission ("Commission") filed a Complaint and an emergency application for an asset freeze; a proposed Order to Show Cause why the asset freeze should not be continued until the conclusion of the litigation; and other relief relating to service of process, discovery, and document preservation in the above captioned action (the "Application"). By Order to Show Cause issued that same day [ECF #4], the Court granted the Application, issued a temporary asset freeze and other relief, and scheduled a hearing on the Application for June 30, 2021. On June 18, 2021, the Commission properly served the undersigned Defendants and Relief Defendants with copies of the Complaint,

Order to Show Cause, Application, and the other documents it filed in support of the Application.

On June 24, 2021, the Court issued a Consent Order [ECF #27] that, among other things: (1) continued the Show Cause hearing until August 30, 2021; (2) maintained the temporary asset freeze until further order of the Court; and (3) enlarged the time within which defendants have to provide their sworn accountings to the Commission to July 27, 2021, to respond to the Application to August 2, 2021, and to answer the Complaint to September 7, 2021.

The parties have conferred, and hereby agree to this Consent Order further extending the above deadlines, and also extending the time by which the Securities and Exchange Commission may file an Amended Complaint.

Finding that there is just cause for entry of this Order, the Court orders as follows:

## I.

**IT IS HEREBY ORDERED** that, until further Order of the Court, Defendants, Relief Defendants, and their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including without limitation all financial institutions identified in Attachment A shall continue to hold and retain within their control, and prevent any disposition, withdrawal, transfer or dissipation of, any accounts and/or assets at financial institutions listed in Attachment A, as provided in the June 18, 2021 Order to Show Cause and June 24, 2021 Consent Order.

**II.**

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall have until November 9, 2021 to file an amended complaint; and that Defendants' time to respond to the Plaintiff's complaint or amended complaint, as applicable, is hereby extended to either November 9, 2021 for the original complaint, or forty-five days after the filing of an amended complaint, whichever is later.

**III.**

**IT IS HEREBY FURTHER ORDERED** that the hearing on the Order to Show Cause shall be on November 5, 2021, or as soon thereafter as the Court may schedule the hearing; Defendants shall have until September 8, 2021 to file their sworn accountings, as provided in the June 18, 2021 Order to Show Cause and June 24, 2021 Consent Order; Defendants shall have until October 5, 2021 to file their responses to the Application; Plaintiff shall have until October 19, 2021 to file its replies to any responses.

**IV.**

**IT IS HEREBY FURTHER ORDERED** that all other provisions in the June 18, 2021 Order to show Cause [ECF #4] and the June 24, 2021 Consent Order [ECF # 27] as to service, expedited discovery, and destruction of records, shall remain in effect.

SO AGREED:

| | |
|---|---|
| */s Ofer Abarbanel* <br> Ofer Abarbanel, pro se <br> (818) 941-4618 <br> *Ofer.credit@gmail.com* <br><br> *On behalf of himself and Relief Defendants Institutional Secured Credit LLC, CLO Market Neutral LLC, and Global EMEA Holdings, Inc.* <br><br> Dated:  July 26, 2021 | */s Paul W. Kisslinger* <br> Paul W. Kisslinger (PK0764) <br> Sarah Heaton Concannon (SC9111) <br> Securities and Exchange Commission <br> 100 F Street, N.E. <br> Washington, D.C. 20549 <br> (202) 551-4427 (Kisslinger) <br> (202) 551-5361 (Concannon) <br> *KisslingerP@sec.gov* (Kisslinger) <br> *ConcannonS@sec.gov* (Concannon) <br><br> *Counsel for Plaintiff Securities and Exchange Commission* <br><br> Dated:  July 26, 2021 |
| */s/ Victor Chilelli* <br> Victor Chilelli, pro se <br><br> *On behalf of himself and Relief Defendants Institutional Syndication LLC, North American Liquidity Resources LLC, and Growth Income Holdings LLC* <br><br> Dated:  July 26, 2021 | */s/ Howard J. Kaplan* <br> Howard J. Kaplan <br> KAPLAN RICE LLP <br> 142 West 57th Street, Suite 4A <br> New York, NY 10019 <br> (212) 333-0219 <br> hkaplan@kaplanrice.com <br><br> *Counsel for Income Collecting 1-3 Months T-Bills Mutual Fund (in Voluntary Liquidation)* <br><br> Dated:  July 26, 2021 |

SO ORDERED:

Dated:  July 27, 2021

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

A. Defendants, Relief Defendants, and their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this Order in accordance with this Order, hold and retain within their control and otherwise prevent any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal of any assets in the accounts listed in the table below, and/or to which the Fund assets and/or Fund investor assets described in the Commission's Complaint have been transferred, held by, or under the direct or indirect control of Defendants or Relief Defendants, whether held in their name or for their direct or indirect beneficial interests, including, but not limited to the following presently known financial and brokerage accounts:

| Financial Institution | Account Holder/Account Name | Account Number(s) |
|---|---|---|
| Wells Fargo Bank, N.A. | Income Collecting 1-3 Months T-Bills Mutual Fund | -4905 |
| Wells Fargo Bank, N.A. | North American Liquidity Resources LLC | -5664 |
| Wells Fargo Bank, N.A. | Institutional Syndication LLC | -0277 |
| Wells Fargo Bank, N.A. | Growth Income Holdings LLC | -3043 |
| Wells Fargo Bank, N.A. | CLO Market Neutral LLC | -9805 |
| TIAA Bank | North American Liquidity Resources LLC | -0450 |
| PNC Bank | Institutional Syndication LLC | -9191 |
| Bank of America, N.A. | Institutional Secured Credit LLC | -2284<br>-2297 |
| Preferred Bank | Institutional Secured Credit LLC | -3705 |
| Preferred Bank | Global EMEA Holdings LLC | -4088 |
| Interactive Brokers LLC | Income Collecting 1-3 Months T-Bills Mutual Fund | -1002 |
| Interactive Brokers LLC | North American Liquidity Resources LLC | -6883<br>-7218<br>-7918<br>-1670<br>-4792<br>-5226 |
| Interactive Brokers LLC | Institutional Syndication LLC | -3160<br>-8274<br>-1903 |

| Financial Institution | Account Holder/Account Name | Account Number(s) |
|---|---|---|
| Interactive Brokers LLC | Growth Income Holdings LLC | -4946<br>-8065<br>-6225 |
| Interactive Brokers LLC | Institutional Secured Credit LLC | -5358<br>-3330<br>-7649 |
| Vanguard | Robert K. Lu<br><br>Robert K. Lu Individual Brokerage Account | -1044 |

B.  The following financial and brokerage institutions. holding funds or other assets, in the name, for the benefit of, or under the control of Defendants or Relief Defendants, directly or indirectly, held jointly or singly, and wherever located, and which receives actual notice of this order by personal service, mail, email, facsimile, or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets, including, but not limited to, the following presently known financial and brokerage accounts:

| Financial Institution | Account Holder/Account Name | Account Number(s) |
|---|---|---|
| Wells Fargo Bank, N.A. | Income Collecting 1-3 Months T-Bills Mutual Fund | -4905 |
| Wells Fargo Bank, N.A. | North American Liquidity Resources LLC | -5664 |
| Wells Fargo Bank, N.A. | Institutional Syndication LLC | -0277 |
| Wells Fargo Bank, N.A. | Growth Income Holdings LLC | -3043 |
| Wells Fargo Bank, N.A. | CLO Market Neutral LLC | -9805 |
| TIAA Bank | North American Liquidity Resources LLC | -0450 |
| PNC Bank | Institutional Syndication LLC | -9191 |
| Bank of America, N.A. | Institutional Secured Credit LLC | -2284<br>-0297 |
| Preferred Bank | Institutional Secured Credit LLC | -3705 |
| Preferred Bank | Global EMEA Holdings LLC | -4088 |
| Interactive Brokers LLC | Income Collecting 1-3 Months T-Bills Mutual Fund | -1002 |
| Interactive Brokers LLC | North American Liquidity Resources LLC | -6883<br>-7218<br>-7918 |

| Financial Institution | Account Holder/Account Name | Account Number(s) |
|---|---|---|
|  |  | -1670<br>-4792<br>-5226 |
| Interactive Brokers LLC | Institutional Syndication LLC | -3160<br>-8274<br>-1903 |
| Interactive Brokers LLC | Growth Income Holdings LLC | -4946<br>-8065<br>-6225 |
| Interactive Brokers LLC | Institutional Secured Credit LLC | -5358<br>-3330<br>-7649 |
| Vanguard | Robert K. Lu<br><br>Robert K. Lu Individual Brokerage Account | -1044 |