UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>OFER ABARBANEL, VICTOR CHILELLI, and INCOME COLLECTING 1-3 MONTHS T-BILLS MUTUAL FUND,<br><br>                              Defendants,<br><br>INSTITUTIONAL SYNDICATION LLC, NORTH AMERICAN LIQUIDITY RESOURCES LLC, INSTITUTIONAL SECURED CREDIT LLC, GROWTH INCOME HOLDINGS LLC, CLO MARKET NEUTRAL LLC, and GLOBAL EMEA HOLDINGS LLC,<br><br>                              Relief Defendants | Civil Action No. 21-CV-5429-RA<br><br>ECF CASE |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice by counsel for Plaintiff Securities and Exchange Commission and the accompanying Declaration of Sarah Heaton Concannon,

IT IS HEREBY ORDERED that the request of Sarah Heaton Concannon for leave to withdraw as counsel for Plaintiff is granted, and the appearance of Sarah Heaton Concannon is withdrawn as of the date of this Order.

SO ORDERED.

Dated: September 2, 2021

_____
Honorable Ronnie Abrams
United States District Judge