March 1, 2022

The Honorable Ronnie Abrams
U.S. District Court Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY I 0007

In re:   Letter Motion Requesting a Stay
21-CV-05429-RA

Dear Hon. Judge Abrams:

This office represents relief defendant GLOBAL EMEA HOLDINGS LLC ("Global"). The purpose of this letter motion is to ask that all deadlines in this case, including the response due by March 3, 2022 (Doc. 82) be stayed until the ancillary criminal matter against a principle of Global is resolved.

This letter motion is made on consent with the Plaintiff in this matter. This is the first such request for the above-mentioned relief.

Very Respectfully Requested,

/s/ Victor M. Feraru /s/
Victor M. Feraru, Esq.
Attorney for Relief Defendant
GLOBAL EMEA HOLDINGS LLC
200 Old Country Road, Ste 2 South
Mineola, NY 11501
victor@vicslaw.com
516-415-2114

Global EMEA's request to stay the deadline for its response is granted.

The Court will hold a telephonic conference with all parties, including the United States, to discuss both the United States' pending motion to stay and Global EMEA's request to stay.  The conference is scheduled for March 9, 2022 at 2:00 p.m.  The dial-in information is as follows:

Call-in number: (888) 363-4749
Access code: 1015508

SO ORDERED.

_____
Hon. Ronnie Abrams
March 2, 2022