UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY
> FILED
> DOC#:
> DATE FILED:  03/10/2022

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

      v.

OFER ABARBANEL, VICTOR CHILELLI,
INCOME COLLECTING 1-3 MONTHS T-
BILLS MUTUAL FUND,

                Defendants.

21-CV-5429 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons discussed during the March 9, 2022, telephonic conference, and on the mutual agreement of the parties, this case is hereby stayed pending the resolution of ancillary criminal proceedings.  The parties shall provide an update letter to the Court within one week of the resolution of those proceedings.

SO ORDERED.

Dated:     March 10, 2022
          New York, New York

                                         Hon. Ronnie Abrams
                                         United States District Judge