UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 21-cv-5429 (RA) |
| OFER ABARBANEL, VICTOR CHILELLI, INCOME COLLECTING 1-3 MONTHS T-BILLS MUTUAL FUND, | : ECF CASE |
| Defendants, | : |
| And | : |
| INSTITUTIONAL SYNDICATION LLC, NORTH AMERICAN LIQUIDITY RESOURCES LLC, INSTITUTIONAL SECURED CREDIT LLC, GROWTH INCOME HOLDINGS LLC, CLO MARKET NEUTRAL LLC, GLOBAL EMEA HOLDINGS LLC, | : |
| Relief Defendants. | : |

-----------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against defendants Institutional Syndication LLC, North American Liquidity Resources LLC, and Growth Income Holdings LLC.

Dated: May 6, 2022

/s Paul W. Kisslinger
Paul W. Kisslinger (PK0764)
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4427
*KisslingerP@sec.gov*

*Counsel for Plaintiff Securities and Exchange Commission*