UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>OFER ABARBANEL, et al.,<br><br>                    Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On March 1, 2022, Relief Defendant Global EMEA Holdings filed a letter motion requesting a stay. Dkt. 85. On March 10, 2022, the Court granted the stay. Dkt. 87. As such, the Clerk of Court is respectfully requested to terminate ECF No. 85.

SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge