UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>OFER ABARBANEL, et al.,<br><br>        Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 28, 2023, the Court issued a Notice of Reassignment. Dkt. 93. The Notice ordered the parties to submit a joint letter updating the Court on the status of this case by September 11, 2023. The parties failed to meet that deadline. The joint letter is now due by **September 18, 2023, at 5:00 p.m.**

  SO ORDERED.

Dated: September 15, 2023
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge