UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEC,<br><br>        Plaintiff,<br><br>   -against-<br><br>OFER ABARBANEL, et al.,<br><br>        Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 13, 2023, the SEC submitted a letter saying that it would provide a further update after Defendant Abarbanel's counsel reviewed its settlement offer. To date, the Court has not received any update. By January 19, 2024, at 5:00 p.m., the parties shall submit a joint letter updating the Court on the status of this case, including whether the stay should be lifted.

  SO ORDERED.

Dated: January 16, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge