UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>OFER ABARBANEL et al.,<br><br>        Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Because the criminal case related to this civil action was resolved, the Court lifted the stay in this case on March 4, 2024. Dkt. 103. A few weeks later, the Court received a letter from Defendant Abarbanel, now pro se and incarcerated, asking that the Court continue the stay. Dkt. 106. He argues that defending the case will be difficult. *Id.* That may well be true, but it is not a reason to continue staying this case. The Court will do everything in its power to accommodate Mr. Abarbanel to make sure that he is given a fair hearing, and it expects the SEC to work with him toward the same end. Mr. Abarbanel's request for a stay is DENIED.

  SO ORDERED.

Dated: April 8, 2024
   New York, New York

                          _____
                            ARUN SUBRAMANIAN
                           United States District Judge