UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>OFER ABARBANEL et al.,<br><br>                    Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On July 25, 2024, Defendant Ofer Abarbanel submitted a motion to request pro bono counsel. Dkt. 117. On August 14, 2024, the Court issued an order noting a deficiency in defendant's application and instructing defendant to file the required paperwork. Defendant has not yet done so. If defendant still plans to request that the Court appoint pro bono counsel, defendant is instructed to file the required IFP application by MONDAY, SEPTEMBER 9, 2024. If defendant does so, the Court will extend the deadline for defendant to respond to the complaint by 60 days (that deadline will not be further extended, even if counsel has not been secured by that time). Otherwise, defendant's response is due September 16, 2024.

      The Clerk of Court is directed to mail a copy of this order to the pro se defendant.

      SO ORDERED.

Dated: September 3, 2024
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                  United States District Judge