UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         Plaintiff,<br><br>      -against-<br><br>OFER ABARBANEL et al.,<br><br>                         Defendants. | 21-cv-5429(AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The request for pro bono counsel is GRANTED (Dkt. 117). Defendant Ofer Abarbanel is defendant to a civil enforcement action brought by the SEC alleging that Abarbanel engaged in a fraudulent scheme to deceive and defraud investors in two mutual funds. This case was previously stayed pending the resolution of related criminal actions; the Court lifted the stay on March 4, 2024 and Abarbanel has yet to answer the complaint.

      In light of the Court's grant of Abarbanel's request for pro bono counsel, Abarbanel's deadline to respond to the complaint is extended by 60 days, to FRIDAY, NOVEMBER 15, 2024. No further extensions will be granted.

      The Clerk of Court is respectfully requested to locate pro bono counsel for defendant and to terminate the motion at Dkt. 117. The Clerk of Court is also requested to mail a copy of this order to the pro se defendant.

      SO ORDERED.

Dated: September 18, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge