UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>         -against-<br><br>OFER ABARBANEL et al.,<br><br>                              Defendants. | 21-cv-5429 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On December 9, 2024, the Court held the initial pre-trial conference in this case. As discussed at the hearing:

1. Plaintiff SEC should follow the default-judgment procedures as to the defendants that have not answered the complaint.

2. The parties are directed to meet and confer and propose a briefing schedule to the Court for defendant Abarbanel's motion for judgment on the pleadings.

SO ORDERED.

Dated: December 10, 2024
        New York, New York

                                                          _____
                                                           ARUN SUBRAMANIAN
                                                           United States District Judge