UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>OFER ABARBANEL et al.,<br><br>　　　　　　　　　　　Defendants. | 21-cv-5429 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

　　As noted in the Court's December 10 order, the parties were directed to meet and confer and propose a briefing schedule to the Court for defendant Abarbanel's motion for judgment on the pleadings. *See* Dkt. 31. By **January 16, 2025**, the parties should submit a joint letter to the Court that proposes this briefing schedule.

　　SO ORDERED.

Dated: January 13, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge