IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OFER ABARBANEL, et al.<br><br>Defendants,<br><br>and<br><br>INSTITUTIONAL SYNDICATION LLC, et al.,<br><br>Relief Defendants, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>No. 1:21-CV-5429-AS<br>ECF CASE |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Securities and Exchange Commission hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant New York Alaska ETF Management LLC and Relief Defendants Institutional Secured Credit LLC, CLO Market Neutral LLC and Global EMEA Holdings LLC.

Dated:  May 30, 2025

/s/ Derek Bentsen
Derek S. Bentsen
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
100 F St., N.E.
Washington, D.C. 20549-5985
202-551-6426
bentsend@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, which will send notification of such filing to each counsel of record.

/s/ Derek Bentsen
*Counsel for Plaintiff*