

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

August 21, 2025

The Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *SEC v. Abarbanel, et al.*, 1:21-cv-5429 (AS)

Dear Judge Subramanian:

Plaintiff Securities and Exchange Commission (the "SEC") and Defendant Ofer Abarbanel respectfully submits this joint letter requesting that the Court continue the current deadline of dispositive motions in light of an agreement in principle between the Parties to resolve this matter. Before the Parties can present settlement papers to the Court, the agreement in principle requires approval from the full Commission, which involves a two to three month process.

To allow time for the consideration of the agreement in principle to resolve this matter and to conserve the Parties and the Court's time and resources during the approval process, we respectfully request that the Court continue the deadline for dispositive motions from September 15, 2025 to February 23, 2026.

The Parties are willing to respond further to any issue the Court wishes to address and thank the Court for its attention to this matter.

Sincerely,

/s Derek Bentsen
Derek S. Bentsen
Attorney for the Plaintiff SEC

/s Robert Knuts
Robert Knuts
Attorney for Defendant Abarbanel