UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                          Plaintiff,

          -against-

OFER ABARBANEL, et al.,

                          Defendants.

21-CV-5429 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **Monday, March 30, 2026**, the SEC shall submit a letter as to whether this case can be closed or whether further proceedings are necessary. If it's the latter, then the SEC should specify what those proceedings are and what schedule it recommends for them.


          SO ORDERED.

Dated: March 25, 2026
          New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge